EVANGELINE F. GROSSMAN State Bar No.176014
egrossman@efglawyer.com
TONNA K. FAXON State Bar No. 237605
tfaxon@efglawyer.com
**EVANGELINE FISHER GROSSMAN LAW**
330 North Indian Hill Boulevard
Claremont, California 91711
Telephone: (909)626-1934
Facsimile: (909)626-1900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY AND SARA RAUCH,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a Connecticut corporation and DOES 1 to 10, Inclusive;<br><br>　　　　　Defendants. | Case No.5:23-cv-04486-NC<br><br>**ORDER GRANTING<br>REQUEST FOR DISMISSAL** |

**TO THE COURT, ALL APPEARING PARTIES AND THEIR ATTORNEYS OF RECORD:** Plaintiffs TIMOTHY and SARA RAUCH, by and through their attorneys of record, hereby request that the Court dismiss the above-entitled matter in its entirety, with prejudice.

　　　Respectfully Submitted.

Dated: August 22, 2024　　　　　　　EVANGELINE FISHER GROSSMAN LAW

　　　　　　　　　　　　　　　　　　By: /s/ Evangeline Grossman
　　　　　　　　　　　　　　　　　　　　EVANGELINE F. GROSSMAN
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

1

NOTICE OF DISMISSAL

## ORDER

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED.**

Dated: August __24__, 2024



_____
NATHANAEL M. COUSINS
United States Magistrate Judge